JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CASE NO. SA CV08-1114-DOC(RNBx) |
| ) | |
| Petitioner ) | |
| ) | |
| v. ) | **ORDER DISMISSING PETITION** |
| ) | |
| PETER F. BOWIE ) | |
| ) | |
| Respondent ) | |
| _____ ) | |

The Court is receipt of the Notice of Respondent's Compliance with Court's Orders filed by the petitioner this date.  The Court now ORDERS the Petition DISMISSED as the respondent has provided all requested documents.

IT IS SO ORDERED

DATED: December 8, 2008

_____
DAVID O. CARTER
United States District Judge